UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                    Chapter 7

              DAVID RUSI,                        Case No.: 23-40150-jmm

                       Debtor.
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF SUFFOLK          )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

      On the 30th day of October, 2023 deponent served the **ORDER AUTHORIZING DAVID J. DOYAGA, SR. AS TRUSTEE TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS with SUBPOENA and SCHEDULE A attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and Certified Mail Return Receipt to:

See attached service list

                                                       s/Everlyn Meade-Bramble
                                                       Everlyn Meade-Bramble

Sworn to before me this
30th day of October, 2023

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

## Service List

**Via First Class Mail**

Alma Bank
Attn Michael Psyllos President/CEO
2831 31st Street
Astoria NY 11102-2132

Alma Bank
Attn Legal Department/General Counsel
2831 31st Street
Astoria NY 11102-2132

**Via Certified Mail Return Receipt**

Alma Bank
Attn Michael Psyllos President/CEO
2831 31st Street
Astoria NY 11102-2132