UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                              Chapter 7

    DAVID RUSI,                                                         Case No.: 23-40150-JMM

                  Debtor.                                              Adv. Pro. No.:
-----------------------------------------------------------------x

**IT IS HEREBY CONSENTED,** by and between the undersigned that the Law Office of Mark Macron, by John J. Macron, Esq. with an address at 491 Bard Avenue, Staten Island, NY 10310 is hereby substituted as counsel of record for David Rusi, Chapter 7 Debtor, in the place and stead of Melissa A. Pena, Esq and Norris McLaughlin, P.A., Attorneys for debtor with an address at 7 Times Square, 21st Floor, New York, NY 10036 and demands a copy of all papers in this action be served upon them.

Dated: Staten Island, New York
        November 20, 2023

                                                       David Rusi, Debtor

                                                        Outgoing Counsel

Dated: New York, New York
        November 27, 2023
                                                        Melissa A. Pena, Esq
                                                        Norris McLaughlin, P.A.

(The remainder of this page intentionally left blank.)

Dated: Staten Island, New York
November 20, 2023

Incoming Counsel

Law Office of Mark Macron,
by John J. Macron, Esq.

**SO ORDERED:**