**Law Offices of Avrum J. Rosen, PLLC**
38 New Street
Huntington, New York 11743
(631) 423-8527
Avrum J. Rosen, Esq.
Alex E. Tsionis, Esq.
Nico G. Pizzo, Esq.

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                    Chapter 7

       DAVID RUSI,                    Case No.: 23-40150-jmm

                        Debtor.
----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT DISCLOSING
## INCREASE IN HOURLY RATES EFFECTIVE JANUARY 13, 2024

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF SUFFOLK    )

       Avrum J. Rosen, Esq., being duly sworn, deposes and says:

       1.      I am the managing member of the Law Offices of Avrum J. Rosen, PLLC ("AJR"), which maintains its offices at 38 New Street, Huntington, New York 11743. I am duly admitted to practice law before this Court and the courts of the State of New York. I have personal knowledge of the facts set forth herein.

       2.      In accordance with the Order retaining AJR as counsel to the Chapter 7 Trustee in the above-referenced case, I submit this Supplemental Affidavit disclosing the following increases in certain of AJR's hourly rates effective as of January 13, 2024:

| **Name** | **Title** | **Currently Hourly Rate** | **New Hourly Rate** |
|---|---|---|---|
| Avrum J. Rosen, Esq. | Partner | $670.00 | $670.00 (No Change) |
| Deborah L. Dobbin, Esq. | Associate | $570.00 | $570.00 (No Change) |
| Alex E. Tsionis, Esq. | Partner | $450.00 | $495.00 |
| Nico G. Pizzo, Esq. | Partner | $395.00 | $450.00 |
| Everlyn Meade-Bramble | Paralegal | $200.00 | $200.00 (No Change) |

3. After careful consideration, AJR determined to increase its hourly rates based upon, among other things, increased operating costs, insurance costs, and employee costs and expenses. AJR submits that such rate increases are reasonable and necessary, especially given the rise in costs and expenses that AJR has incurred. Moreover, the rate increases are reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11 of the United States Code.

4. The Chapter 7 Trustee has been advised of and consents to the rate increases set forth herein.

*/s/ Avrum J. Rosen*
Avrum J. Rosen

Sworn to before me this
29th day of December, 2023

*/s/Alexandros Tsionis*
Alexandros Tsionis
Notary Public State of New York
Qualified in Suffolk County
No. 02TS0015287
Commission Exp. 10/30/2027