## SCHEDULE "A"
## WITNESS: ILIRJAN RUSI

### DOCUMENTS TO BE PRODUCED

1. Copy of the David Rusi 2011 Irrevocable Trust, any amendments thereto, and copy of Schedule "A" referenced in Article One.

2. List of assets held by the David Rusi 2011 Irrevocable Trust.

3. List of entities in which David Rusi and/or the David Rusi 2011 Irrevocable Trust holds an interest.

4. Copies of any life insurance policies held by the David Rusi 2011 Irrevocable Trust.

5. Copies of any loan agreements entered into by the David Rusi 2011 Irrevocable Trust.

6. Copies of any closing statements in connection with any sale, transfer, conveyance, lease, exchange, pledge, mortgage, or grant with respect to all or any part of the property held by the David Rusi 2011 Irrevocable Trust.

7. Copies of any deed(s), assignment(s), and transfer documents with respect to any property held by the David Rusi 2011 Irrevocable Trust.

8. Copies of any lease or grant options on any real or personal property held by the David Rusi 2011 Irrevocable Trust.

9. Copies of any lease agreements with respect to any real property held by the David Rusi 2011 Irrevocable Trust.

10. Operating Agreements, Bylaws, Corporate Minutes, Operating Statements, and corporate formation documents for any entity in which David Rusi and/or the David Rusi 2011 Irrevocable Trust holds an interest.

11. List of properties in which David Rusi and/or the David Rusi 2011 Irrevocable Trust holds an interest.

12. Copies of any and all written correspondence by Selim Rusi in connection with the David Rusi 2011 Irrevocable Trust including but not limited to any appointment of a successor trustee, authorizations for withdrawal of funds, copies of any demands and written notifications of any kind issued by Selim Rusi to the David Rusi 2011 Irrevocable Trust or any trustee appointed under the David Rusi 2011 Irrevocable Trust.

13. Copies of any and all written demands/request(s) by David Rusi to withdraw from the principal of the David Rusi 2011 Irrevocable Trust.

14. Copies of any notification issued by any trustee under the David Rusi 2011 Irrevocable Trust to David Rusi of any contributions made to the David Rusi 2011 Irrevocable Trust.

15. Copies of any written instrument delivered to any trustee under the David Rusi 2011 Irrevocable Trust by any person making a contribution to said trust.

16. Copies of any distributions and disbursements made by any trustee under the David Rusi 2011 Irrevocable Trust to David Rusi.

17. Copy of General Power of Appointment issued to David Rusi and any documentation eliminating said power, if any.

18. Copies of quarterly or annual transaction statements and balance sheet for tax years ending 2017 to present.

19. Copies of tax returns (federal and state) filed by the David Rusi 2011 Irrevocable Trust together with any supporting documentation including but not limited to 1099s and any financial statements.

20. Copies of bank statements for the David Rusi 2011 Irrevocable Trust.

21. Copies of bank statements for any trust in which David Rusi was the beneficiary.

22. Copies of any and all trust agreements in which David Rusi was the beneficiary.

23. Copies of any written correspondence with respect to any of the following withdrawals made from the David Rusi 2011 Irrevocable Trust account held by Goldman Sachs together with any backup documentation:

| **Date of Transfer** | **Amount Withdrawn** |
| --- | --- |
| February 4, 2020 | $1,097,146.24 |
| February 6, 2020 | $100,000.00 |
| September 2, 2020 | $500,000.00 |
| September 23, 2020 | $600,000.00 |
| September 30, 2020 | $200,000.00 |
| October 21, 2020 | $400,000.00 |
| November 4, 2020 | $115,000.00 |
| November 27, 2020 | $100,000.00 |
| December 21, 2020 | $100,000.00 |
| January 6, 2021 | $100,000.00 |
| February 16, 2021 | $200,000.00 |