UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                          Chapter 7

           DAVID RUSI,                                              Case No.: 23-40150-jmm

                          Debtor.
----------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                ) ss:
COUNTY OF SUFFOLK    )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

      On the 9th day of May, 2024 deponent served the **ORDER AUTHORIZING DAVID J. DOYAGA, SR. AS TRUSTEE TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS with SUBPOENA and SCHEDULE A attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and Certified Mail Return Receipt to:

See attached service list

                                                                     s/Everlyn Meade-Bramble
                                                                     Everlyn Meade-Bramble

Sworn to before me this
9th day of May, 2024

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

## Service List

**Via First Class Mail**

Popular Bank
Attn Ignacio Alvarez CEO
85 Broad Street
New York NY 10004-2434

**Via Certified Mail Return Receipt**

Popular Bank
Attn Ignacio Alvarez CEO
85 Broad Street
New York NY 10004-2434