UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                              Chapter 7

           DAVID RUSI,                                           Case No.: 23-40150-jmm

                            Debtor.
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF SUFFOLK    )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

      On the 9th day of May, 2024 deponent served the **ORDER AUTHORIZING DAVID J. DOYAGA, SR. AS TRUSTEE TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS with SUBPOENA and SCHEDULE A attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and Certified Mail Return Receipt to:

See attached service list

                                                                            s/Everlyn Meade-Bramble
                                                                             Everlyn Meade-Bramble

Sworn to before me this
9th day of May, 2024

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

## Service List

**Via First Class Mail**

JPMorgan Chase Bank NA
Attn Jamie Dimon CEO
1111 Polaris Parkway
Columbus OH 43240-2031

JPMorgan Chase Bank NA
Attn National Subpoena Processing Center
7610 W Washington Street
Mail Code IN1-4054
Indianapolis IN 46231-1335

**Via Certified Mail Return Receipt**

JPMorgan Chase Bank NA
Attn Jamie Dimon CEO
1111 Polaris Parkway
Columbus OH 43240-2031