# The Law Offices of Avrum J. Rosen

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
(631) 423-8527
ddobbin@ajrlawny.com

AVRUM J. ROSEN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

------------
DEBORAH L. DOBBIN

May 13, 2024

**VIA CM/ECF ONLY**
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    In re David Rusi, Chapter 7 Case No. 23-40150-jmm

Dear Judge Mazer-Marino:

    The undersigned are the attorneys for David J. Doyaga, Chapter 7 Trustee for the Estate of David Rusi. By this letter, the Trustee is hereby withdrawing the Trustee's *ex parte* motion pursuant to Fed. R. Bankr. P. 2004 seeking entry of an Order authorizing the Trustee to issue a subpoena for the production of documents to Goldman Sachs [ECF Dkt. No. 70]. Please note that this *ex parte* application is being re-filed as Dkt. No. 71 to reflect the correct name of the witness as Goldman Sachs Bank USA.

                                       Very truly yours,

                                       /s/*Deborah L. Dobbin*
                                       Deborah L. Dobbin