

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | INDEX # : **23-40150-JMM**<br>Date Filed:<br>Court Date: June 14, 2024 |

ATTORNEY(S): AVRUM J. ROSEN   PH: 631-423-8527
ADDRESS: 38 NEW STREET  HUNTINGTON NY 11743  File No.:

*In re DAVID RUSI*

*Plaintiff(s)/Petitioner(s)*

vs

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:   **AFFIDAVIT OF SERVICE**

BLONDELL VICTOR, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Thursday, May 16, 2024** at **8:39 PM**, at 72 CROMWELL CIRCLE, Staten Island, NY 10304, deponent served the Subpoena For Rule 2004 Examination; Federal Rule Of Civil Procedure 45 (c),(d), (e), And (g) (effective 12/1/13); Schedule " A " ; Order Authorizing David J. Doyaga, Sr. As Trustee To Issue Subpoena For The Production Of Documents And For Appearance At Oral Deposition

on: Ilirjan Rusi to be served in his individual capacity and as trustee of the David, **Witness** therein named.

**#1 SUITABLE AGE PERSON/ PARTNERSHIP** [X]
By delivering a true copy of each Zime Rusi, Wife, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

**#2 MAIL COPY** [X]
On May 17, 2024, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#3 DESC.** [X] (use with #1, 2 or 3)
A description of the person served or spoken to on behalf of the Defendant/Respondent is as follows:
Sex: Female   Color of skin: White   Color of hair: Black   Age: 55-70 Yrs   Height: 5ft 4in - 5ft 8in
Weight: 131-160 Lbs.   Other Features:

**#4 WIT. FEES** [X]
$40.00 the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#5 MIL. SRVC** [X]
Your deponent asked the person spoken to whether defendant/respondent was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant/respondent is not in the military service.

**#6 OTHER** [ ]

Sworn to before me on   May 17, 2024

VANESSA JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01JO6166083, QUALIFIED IN KINGS COUNTY
TERM EXPIRES MAY 14, 2027



BLONDELL VICTOR
Server's Lic # 2096821-DCA
Invoice·Work Order # 417652

BV SERVICES, INC.,  2260 GRAND AVE, STE 33, BALDWIN NY 11510