# **SCHEDULE "A"**

1. Copies of all documents concerning or relating to account in the name of Selim Rusi ending XX1000 and/or FFC account ending XX6954, including but not limited to all documents prepared for or submitted to UBS Financial Services, Inc. to open the account, date of opening, signature cards, names of all parties with access to the account.

2. Copies of all documents concerning or relating to account in the name of Selim Rusi ending XX1000 and/or FFC account ending XX6954, including but not limited to, written or electronic correspondence or any other form of authorization for any and all transactions (both deposits and withdrawals), and copies of wiring instructions and any accompanying correspondence (including but not limited to electronic, facsimile, written correspondence, deposit or withdrawal slip(s) or online request) authorizing the transfer of funds into and out of the account, for the period from from January 1, 2019 through the December 31, 2020.

3. Copies of all documents concerning or relating to any financial account(s) at UBS Financial Services, Inc. owned by Selim Rusi, which documents include but are not limited to account statements, canceled checks, signature cards, new account forms, correspondence, and wire transfer documents, from January 1, 2019 through the December 31, 2020.