UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 7

            DAVID RUSI,                                           Case No.: 23-40150-jmm

                                Debtor.
-----------------------------------------------------------x

## ORDER AUTHORIZING DAVID J. DOYAGA, SR. AS TRUSTEE
## TO ISSUE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS

Upon the *ex parte* motion dated August 30, 2024 [Dkt. No. 78] (the "Motion") of David J. Doyaga, Sr. (the "Movant") the Chapter 7 the Trustee of the estate of David Rusi (the "Debtor") pursuant to Bankruptcy Rule 2004, for an order authorizing the Movant to issue a subpoena for the production of documents to UBS Financial Services, Inc. (the "Witness") as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and there being no opposition to the relief sought in the Motion, or said opposition having being withdrawn or otherwise overruled; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtor's estate, creditors and other parties in interest, and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Movant is authorized to issue one or more subpoenas to compel the production of documents from the Witness; and it is further

**ORDERED**, that subject to agreement between the Movant and the Witness, the Witness' time to produce documents requested by, object to, move to quash, or otherwise respond to the subpoena shall be the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016; and it is further

**ORDERED**, that the Movant shall file with the Court an affidavit or declaration of service for each subpoena the Movant serves; and it is further

**ORDERED**, that the Court may retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.