**David J. Doyaga, Sr.**
United States Bankruptcy Trustee
26 Court Street- Suite 1803
Brooklyn, NY 11242
Tel:(718) 488-7500

March 7, 2025

**VIA ECF**

Honorable Jil Mazer-Marino
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      Re:    David Rusi
              Bankruptcy Case No. 23-40150-jmm

Your Honor:

    I am respectfully withdrawing the Notice of Abandonment (docket entry no. 83). I inadvertently filed it before realizing an amendment was made removing the motorcycles from the schedules..

    Thank you.

                      Sincerely,

                      s/ ***David J. Doyaga, Sr.***

                      David J. Doyaga, Sr.
                      United States Bankruptcy Trustee